Tuckman *v.* Rockwell Manufacturing Company,
Appellant.

Argued April 18, 1968. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

654

*Thomas E. Byrne, Jr.,* with him *Robert K. Wood, Michael E. Quinlan,* and *Krusen, Evans and Byrne,* for appellant.

*Albert Ominsky,* for appellee.

OPINION PER CURIAM, May 21, 1968:
Order affirmed.